LEWIS J. HARRIS, Appellant, v. ESTHER A. HARRIS, Respondent.—

Concur —

Nunez, J. P., Kupferman, McNally and Steuer, JJ.